CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:17-mj-00413-ML-1

Case title: USA v. Lynch                                        Date Filed: 06/19/2017
Other court case number: 4:17-m-1022 Southern District of      Date Terminated: 06/22/2017
                         Texas, Houston Division

Assigned to: Judge Mark Lane

**Defendant (1)**

**Stephen P. Lynch**
*TERMINATED: 06/22/2017*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18 U.S.C. 2251(a) and (e) - Criminal Complaint from SD/TX Houston Division | Commitment Order to the Southern District of Texas, Houston Division |

**Plaintiff**

**USA**                          represented by **Matthew B. Devlin**
                                                Assistant United States Attorney
                                                816 Congress Avenue
                                                Suite 1000
                                                Austin, TX 78701
                                                (512) 916-5858
                                                Fax: (512) 370-1292

Email: matt.devlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2017 | 1 | Arrest (Rule 5) of Stephen P. Lynch. (jmw) (Entered: 06/19/2017) |
| 06/20/2017 | 2 | MOTION to Detain Defendant without Bond by USA as to Stephen P. Lynch. (Devlin, Matthew) (Entered: 06/20/2017) |
| 06/20/2017 | 3 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance in Rule 5(c)(3) Proceedings as to Stephen P. Lynch held on 6/20/2017 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (jmw) (Entered: 06/20/2017) |
| 06/20/2017 | 4 | ORDER OF TEMPORARY DETENTION: as to Stephen P. Lynch (Identity, Preliminary, Detention Hearing set for 6/22/2017 02:30 PM before Judge Mark Lane). Signed by Judge Mark Lane. (jmw) (Entered: 06/20/2017) |
| 06/22/2017 | 5 | Minute Entry for proceedings held before Judge Mark Lane: Attorney Status Hearing as to Stephen P. Lynch held on 6/22/2017 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (kkc) (Entered: 06/23/2017) |
| 06/22/2017 | 6 | WAIVER - Rule 5 as to Stephen P. Lynch. (kkc) (Entered: 06/23/2017) |
| 06/22/2017 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Stephen P. Lynch. Defendant committed to the Southern District of Texas, Houston Division. Signed by Judge Mark Lane. (kkc) (Entered: 06/23/2017) |
| 06/23/2017 | 8 | Rule 5 Transmittal Letter as to Stephen P. Lynch sent to the Southern District of Texas, Houston Division. (kkc) (Entered: 06/23/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2017 14:41:38 | | |
| **PACER Login:** | us0288:2650724:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-mj-00413-ML |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |