**COURTROOM MINUTES:**
**The Honorable Frances H. Stacy, Presiding**
Deputy Clerk: Beverly White
Interpreter: None    ERO: L. Bo
USPT/USPO: Yes
☐ OTHER DISTRICT   ☐ DIVISION    THEIR CASE#

SOUTHERN DISTRICT OF TEXAS
FILED 7.7.17
BY DEPUTY, CLERK

OPEN 11:06  ADJOURN 11:12

**PROCEEDING HELD:**
☒ Initial Appearance      ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                          ☐ Hearing Continued on ___
☐ Detention Hearing       ☐ Preliminary Hearing               ☐ Other ___

CASE NUMBER  CR H- 17-1022M

USA VS.                                    AUSA  Kim Leo
Stephen P. Lynch

☒ Date of arrest  7.7.17                        ☐ Rule 5
☒ Defendant's first appearance, Advised of rights/charges on: ☒ Indictment /Complaint ☐ Information ☐ Superceding
                                                Violation of ☐ Supervised Release ☐ PTS

☒ Defendant ☐ Material Witness appeared     ☐ with ☒ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender       ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $___
☒ Defendant advises that he will retain private counsel. ___

☐ Defendant ___ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $___ Deposit
☐ Defendant ___ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $___ Deposit
☐ Defendant ___ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $___ Deposit
☐ Surety signatures required as to Defendant(s) ___
☐ Defendant(s) ___ advised of conditions of release
☐ BOND EXECUTED and Defendant ___ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) ___
☒ Order of Temporary Detention Pending Hearing entered as to Defendant(s) ___
☐ Order of Detention Pending Trial entered as to Defendant(s) ___
☐ Bond revoked          ☐ Bond reinstated       ☐ Bond Continued
☒ Defendant ___ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant ___ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☒ Defendant(s) ___ is/are scheduled on  7.11.17  at  10 AM  for: Judge Johnson
    ☐ Arraignment          ☒ Counsel Determination Hearing    ☐ Identity Hearing
    ☐ Detention Hearing    ☐ Preliminary Hearing              ☐ Final Revocation Hearing