**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter _None_ ERO _L. oo_
USPT/USPO _Yes_                    OPEN _11:00_ ADJOURN _11:12_
☐ OTHER DISTRICT   ☐ DIVISION          THEIR CASE# _____

**PROCEEDING HELD:**
☑ Initial Appearance       ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing             ☐ Identity                           ☐ Hearing Continued on _____
☐ Detention Hearing        ☐ Preliminary Hearing                ☐ Other _____

CASE NUMBER   CR H- _17-987 M_

USA VS.                                      AUSA _Kim Leo_

_Stephen P. Lynch_                           _____

_____             _____

_____             _____

☑ Date of arrest _7.7.11_                    ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment /Complaint ☐ Information ☐ Superceding
                                      Violation of  ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared      ☐ with  ☑ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing  Federal Public Defender      ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $ _____
☑ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) _____
☑ Order of Temporary Detention Pending Hearing  entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.
☐ Bond revoked        ☐ Bond reinstated    ☐ Bond Continued
☑ Defendant _____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause      ☐ Identity

☑ Defendant(s) _____ is/are scheduled on _7.11.17_ at _10 AM_ for: _Judge Johnson_
        ☐ Arraignment      ☑ Counsel Determination Hearing      ☐ Identity Hearing
        ☐ Detention Hearing   ☐ Preliminary Hearing             ☐ Final Revocation Hearing

_____

_____

_____