USA-74-24B
(Rev. 05/01)

## CRIMINAL DOCKET

**17 CR 4 3 1**

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

No. _____

USAO Number: 2017R09637

Magistrate Number:

JUL 1 2 2017

CRIMINAL INDICTMENT          Filed

~~David J. Bradley, Clerk of Court~~

Judge: **Atlas**

**UNITED STATES of AMERICA**

**ATTORNEYS:**

vs.

| | | | Appt'd | Private |
|---|---|---|---|---|
| **Abe Martinez, Acting USA** | | **(713) 567-9000** | | |
| **Kimberly Leo, AUSA** | | **(713) 567-9000** | | |
| STEPHEN P. LYNCH | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | — | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 3  )

Ct. 1: Sexual Exploitation of Children [18 USC §§ 2251(a) and 2251(e)]

Ct. 2: Possession of Child Pornography [18 USC §§ 2252A(a)(5)(B) and 2252A(b)(2)]

Ct. 3: Destruction of Property [18 USC §§ 2232(a)]

PENALTY:

Ct. 1:  15-30 years imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA & $5,000 SA
(Justice for Victims Trafficking Act of 2015).

Cts. 2: Up to 10 years imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA & $5,000 SA
(Justice for Victims Trafficking Act 2015).

Ct. 3: Up to 5 years imprisonment; up to $250,000 fine; 3 years (SRT); $100 SA.

☑ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

## PROCEEDINGS: