United States District Court
Southern District of Texas
**ENTERED**
July 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO: |
| v. | § | |
| STEPHEN P. LYNCH | § | **17 CR 431** |

## ORDER FOR ISSUANCE OF NOTICE

A  CRIMINAL INDICTMENT  has been filed against the defendant who is

☐ Released on Condition   ☐ Detained   ☑ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant STEPHEN P. LYNCH

at  10:00 am on 7/14/2017.

SIGNED at Houston, Texas, on  July 12, 2017.

UNITED STATES MAGISTRATE JUDGE