**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v.                                            Case Number: 4:17–cr–00431

Stephen P Lynch

---

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy K Johnson

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/14/2017

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment
Indictment – #11

Date:   July 13, 2017

David J. Bradley, Clerk