United States District Court
Southern District of Texas
**ENTERED**
July 17, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:17–cr–00431 |
| § | |
| Stephen P Lynch § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Counsel Determination Hearing
July 21, 2017 at 02:00 PM
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 17, 2017

_____
Nancy K. Johnson
United States Magistrate Judge