UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 25, 2017
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:17–cr–00431 |
| § | |
| Stephen P Lynch § | |

### ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Counsel Determination Hearing
July 31, 2017 at 10:00 AM
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 25, 2017

_____
Dena Palermo
United States Magistrate Judge