| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs | § § § § § | Criminal H 17-431<br><br>Judge Nancy F. Atlas |
| Stephen P Lynch | | |

*SCHEDULING ORDER*

1. MOTIONS will be filed by      August 18, 2017

2. RESPONSES will be filed by      August 25, 2017

3. PRETRIAL CONFERENCE is set for      September 11, 2017 at 1:00 p.m.

4. Proposed voir dire and charge to be filed by      September 21, 2017

5. JURY selection and TRIAL set for      September 25, 2017 at 9:30 a.m.

6. Speedy trial limits waived? (yes/no)      Yes

7. Estimated Trial Time      4 days

Direct questions about this schedule to SHEILA ASHABRANNER, Case Manager to United States District Judge Nancy F. Atlas at Shelia_Ashabranner@txs.uscourts.gov (713) 250-5407.

SIGNED ON    8/4/2017    at Houston, Texas.

*Dena Palermo*

United States Magistrate Judge