IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | NO. 4:17-CR-431 |
| | § | |
| STEPHEN LYNCH | § | |

ORDER ON
DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND
TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

Defendant filed an Unopposed Motion for Extension of Time to File Pretrial Motions and to Continue Pretrial Conference and Trial. No party opposes the motion. The Court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interest of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The scheduling order is amended as follows:

Motions are to be filed by: _____, 2017

Responses are to be filed by: _____, 2017

Pretrial conference is reset to: _____, 2017 at _____

Proposed voir dire and charge to be filed by: _____, 2017

JURY and selection TRIAL are reset to: _____, 2017 at _____

SIGNED at Houston, Texas, on _____, 2017.

_____
Nancy Atlas,
UNITED STATES DISTRICT JUDGE