UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                Case Number: 4:17−cr−00431

Stephen P Lynch

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy F Atlas

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/11/2017

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Pretrial Conference

Date:   August 24, 2017

David J. Bradley, Clerk