United States District Court
Southern District of Texas
**ENTERED**
September 11, 2017
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**:  17CR431

**Style**: United States of America v. Stephen P. Lynch

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Kimberly Leo | Government |
| Charles Flood | Defendant |

**Date**: September 11, 2017     **ERO**:  Yes
**Time**: 10:06 a.m. - 10:18 a.m.     **Interpreter:**

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Defendant's Unopposed Motion to Continue Pretrial Motion Deadline, Pretrial Conference and Trial [Doc. # 23] is GRANTED in accordance with the record in open Court.

The Court makes speedy trial findings: Counsel for Defendant(s) seeks additional time for analysis of the Government's evidence and preparation of a defense. Failure to grant the requested continuance in this proceeding will likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Thus, the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds that a period of excludable delay commenced on **August 17, 2017,** and will continue until trial in this matter. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Parties must file under seal the calculation for speedy trial by **September 15, 2017.**

Pretrial conference set for **December 5, 2017, at 10:00 a.m.**

**SIGNED** at Houston, Texas this 11th day of September, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\CTMINUTE\2017\431.iptc.wpd   170911.1349