# HEARING MINUTES AND ORDER

**Cause Number**: 17CR431

**Style**:  United States of America v. Steven Lynch

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Kimberly Leo | Government |
| Charles Flood | Defendant |

**Date**: December 4, 2017          **ERO**:  Yes
**Time**: 9:36 a.m. - 9:27 a.m.     **Interpreter**:

**At the hearing the Court made the following rulings**:

Status conference held.

Defendants' Oral Motions for Continuance is GRANTED in accordance with the record in open court.

The Court makes speedy trial findings: Counsel for Defendant seeks additional time for analysis of the Government's evidence and preparation of a defense. Failure to grant the requested continuance in this proceeding will likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Thus, the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The Court finds that a period of excludable delay commenced on **September 8, 2017,** and will continue until trial in this matter.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Another status conference is set for **January 29, 2018, at 11:00 a.m.**

**SIGNED** at Houston, Texas this 4th day of December, 2017.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE