United States District Court
Southern District of Texas
**ENTERED**
January 30, 2018
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 17CR431

**Style**:  United States of America v. Steven Lynch

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Kimberly Leo | Government |
| Charles Flood | Defendant |

**Date**: January 29, 2018         **ERO**:  Yes
**Time**: 11:25 a.m. - 11:41 a.m.     **Interpreter:**

**At the hearing the Court made the following rulings**:

Status conference held.

Defendants' oral motions for continuance is GRANTED in accordance with the record in open court.

The Court makes speedy trial findings: Counsel for Defendant seeks additional time for analysis of the Government's evidence and preparation of a defense. Failure to grant the requested continuance in this proceeding will likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Thus, the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The Court finds that a period of excludable delay commenced on **September 8, 2017,** and will continue until trial in this matter.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B).

**Amended scheduling order as follows:**

Government's 404(b) materials due **February 12, 2018.**

Government's *Jencks* matierals due **February 28, 2018** and

Government's expert designations and reports due **February 28, 2018.**

Defendant's expert designations and reports due **March 28, 2018**.

Government's *voir dire*, jury charge, witness list and exhibit list due **April 3, 2018.**

Defendant's supplements/objections to Government jury charge, *voir dire*, witness list and exhibit lists due **April 10, 2018.**

<u>Final pretrial conference set for **April 5, 2018, at 9:00 a.m. ( likely by telephone).**
Defendant must be present with his counsel in the courtroom during the conference. (The undersigned will participate by phone, if necessary).</u>

<u>Jury selection and trial set for **April 16, 2018, at 9:00 a.m.**</u>

**SIGNED** at Houston, Texas this <u>29th</u> day of January, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE