## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:17−cr−00431

Stephen P Lynch

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT THE PROCEEDING(S) IN THIS CASE HAVE BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Nancy F Atlas**

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Street
Houston, TX 77002

**TYPE OF PROCEEDING:**      **Final Pretrial Conference**
**DATE:**                                  4/2/2018
**TIME:**                                   12:30 PM

**NOTE: ALL COUNSEL OF RECORD RECEIVING THE NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   March 23, 2018

David J. Bradley, Clerk