**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus*                                         Case Number: 4:17−cr−00431

Stephen P Lynch

## Notice of Resetting

**A proceeding has been reset in this case as to Stephen P Lynch as set forth below.**

**BEFORE:**
**Judge Nancy F Atlas**

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/2/2018

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

Date:   March 26, 2018                                                    David J. Bradley, Clerk