# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 4:17-CR-431** |
| | § | |
| **STEPHEN LYNCH** | § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

Defendant filed an Unopposed Motion to Continue Pretrial Conference and Trial.

No party opposes the motion. The Court finds that the interests of justice are served by

granting this continuance and that those interests outweigh the interest of the public and

the defendants in a speedy trial. The motion for continuance is GRANTED. The

scheduling order is amended as follows:

Motions are to be filed by: _____, 2018

Responses are to be filed by: _____, 2018

Pretrial conference is reset to:  May 10  , 2018 at  2:15 p.m.

Proposed voir dire and charge to be filed by: _____, 2018
                                Will be set at PTC.
JURY and selection TRIAL are reset to: _____, 2018 at _____

SIGNED at Houston, Texas, on  March 29  , 2018.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE