United States District Court
Southern District of Texas
**ENTERED**
May 10, 2018
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 17CR431

**Style**: United States of America v. Stephen P. Lynch

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Sebastian Edwards for Kimberly Leo | Government |
| Charles Flood | Defendant |

**Date**: May 10, 2018                **ERO**:  Yes
**Time**: 2:16 p.m. - 2:26 p.m.        **Interpreter**:  N/A

**At the hearing the Court made the following rulings**:

Status conference held.

Defendant's oral motion for continuance is GRANTED in accordance with the record in open court.

The Court makes Speedy Trial Act findings: Counsel for Defendant seeks additional time for analysis of the Government's evidence and preparation of a defense. Failure to grant the requested continuance in this proceeding will likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Thus, the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The Court finds that a period of excludable delay commenced on **September 8, 2017,** and will continue until trial in this matter.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B). It would be a manifest in justice to deny the request.

**Amended scheduling order as follows:**

Motions due May 30, 2018 **.**

Government's *voir dire*, jury charge, witness list and exhibit list due **May 30, 2018 .**

Defendant's supplements/objections to Government jury charge, *voir dire*, witness list and exhibit lists due by **9:00 a.m.** on **June 11, 2018.**

Final pretrial conference set for **June 11, 2018, at 10:00 a.m.**

Jury selection and trial set for **June 12, 2018, at 9:00 a.m.** (unless defense counsel is in trial in Brownsville before Judge Hanen)

**SIGNED** at Houston, Texas this 10th day of May , 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE