UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:17−cr−00431

Stephen P Lynch

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Nancy F Atlas

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 6/6/2018

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   June 4, 2018

David J. Bradley, Clerk