## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §    CR. NO. H-17-431 |
| vs. | § |
| | § |
| | § |
| STEPHEN P. LYNCH, | § |
|     Defendant | § |

## UNITED STATES SUPPLEMENT TO
## NOTICE OF FORFEITURE IN INDICTMENT

The indictment in this case provides notice that the United States intends to seek the forfeiture of property as provided by Title 18, United States Code, Section 2253(a)(2) and (a)(3).

The United States hereby files this supplement to notify the Defendant that the property subject to forfeiture includes, the following additional property:

a Nikon Digital Camera;

a 320 GB Western Digital Hard Drive serial number WXF0E79MS657;

a HP Laptop serial number USH816002L;

a 16 GB SD card; and

a Toshiba Laptop serial number SN2A108403H.

 

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney
Texas Bar No. 24029686
Fed. I.D. No. 940441

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Government's Supplement to Notice of Forfeiture in the Indictment was on this 4th day of June, 2018 filed by ECF and served on Charles Flood, attorney for Stephen P. Lynch.

                                     *s/ Kimberly Ann Leo*
                                     Kimberly Ann Leo
                                     Assistant United States Attorney