JUDGE __**NANCY F. ATLAS**__
CASE MANAGER __SHELIA ASHABRANNER__    ERO __YES__
INTERPRETER __No__

TIME __11:13__ A.M. | __11:58__ A.M. _____ P.M. | _____ P.M.    DATE __June 6, 2018__
      begin      end      begin      end

CR. NO. __17-431__   DEFT. NO. __01__

UNITED STATES OF AMERICA      __Kimberly Leo__      AUSA
vs.
STEPHEN P. LYNCH      __Charles Flood__      RETAINED

**REARRAIGNMENT**

Rearraignment    held on Cts __1 and 2__

Deft enters a plea of    __X__ gpl. (guilty)    ___ ngpl. (not guilty)    ___ nolopl. (nolo).

PLEA AGREEMENT: __As outlined in the plea agreement and on the record in open Court.__

Order for PSI setting Disclosure and Sentencing dates signed.

Sentencing set __August 23, 2018__ at 1:30 p.m.

Deft remanded to custody.

Terminate other settings for this deft.    Terminate motions for this deft.

OTHER PROCEEDINGS: _____

Copy to:    USPO