UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| versus § § | CRIMINAL H-17-431-01 |
| STEPHEN P. LYNCH, § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count **1 and 2**, a presentence report is ordered.

1. By **July 11, 2018,** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **July 25, 2018**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **August 8, 2018**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **August 23, 2018** at **1:30 p.m.** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

   If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed   June 6, 2018

                              NANCY F. ATLAS
                          SENIOR UNITED STATES DISTRICT JUDGE

Copies:   United States Probation
AUSA **Kimberly Leo**
Defense Counsel **Charles Flood**
Defendant is    __ on bond    X    in custody.