UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:17-cr-431 |
| | § | |
| STEPHEN P. LYNCH, | § | |
| Defendant. | § | |

**PRELIMINARY ORDER OF FORFEITURE**

On June 6, 2018, Defendant Stephen P. Lynch pleaded guilty to sexual exploitation of children and possession of child pornography as charged in Counts One and Two of the Indictment. The Indictment provided the Defendant notice that, in the event of conviction, the United States would seek to forfeit, pursuant to 18 U.S.C. § 2253(a), all property real and personal, used or intended to be used to commit or to promote the commission of the offenses, or any property traceable to such property. Based on the record, the Court finds that the United States has established the requisite nexus between the property listed below and the offenses of conviction. Accordingly, the Court ORDERS that:

(1) The following property is forfeited to the United States of America;

   a) a Toshiba Laptop 541H;

   b) a Nikon Digital Camera;

   c) a 320 GB Western Digital Hard Drive serial number WXF0E79MS657;

   d) a HP Laptop serial number USH816002L;

   e) a 16 GB SD card; and

   f) a Toshiba Laptop serial number SN2A108403H.

(2) The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

(3) Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. A copy of the petition shall be sent to Lori Roth, Assistant United States Attorney, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

(4) Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order is final as to the defendant, Stephen P. Lynch, and it shall be made part of the sentence and included in the judgment.

Signed at Houston, Texas, on ____June 6____, 2018.

_____
Nancy F. Atlas
United States District Judge