United States District Court
Southern District of Texas
**ENTERED**
June 27, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:17-CR-431 |
| | § | |
| STEPHEN LYNCH | § | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION
### FOR EXTENSION OF THE PRESENTENCE INVESTIGATION DISCLOSURE

Defendant filed an Unopposed Motion for Extension of the Presentence Investigation Disclosure. United States Probation is unopposed to this motion. The motion is hereby GRANTED. The order is amended to provide for the following schedule.

Initial Presentence Investigation Report must be disclosed by August 1, 2018. Counsel must file objections by: August 15, 2018. Addendum is due: August 29, 2018. Sentencing will be held: September 11, 2018, at 2:00 p.m.

SIGNED at Houston, Texas, on June 27, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE