United States District Court
Southern District of Texas
**ENTERED**
August 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:17-CR-431 |
| STEPHEN LYNCH | § | |

## ORDER

Defendant filed an Unopposed Motion for Extension of Time to File Objections to the Presentence Investigation Report. The Government is unopposed to this motion. The motion is hereby GRANTED.

Counsel must file objections by: __August 27_____, 2018

SIGNED at Houston, Texas on __August 15_____, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE