Case 4:17-cr-00431   Document 52   Filed in TXSD on 08/30/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CASE NO. 4:17-CR-431 |
| | § | |
| STEPHEN LYNCH | § | |

## ORDER

Upon consideration of Defendant's Motion for Leave to File Out-of-Time Objections to the Presentence Investigation Report, the motion is hereby GRANTED.

Signed at Houston, Texas, on __August 30_____, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE