UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-17-431 |
| | § | |
| STEPHEN P. LYNCH | § | |

## MOTION TO DISMISS COUNT

The United States of America, by and through Ryan K. Patrick, United States Attorney,

and Kimberly Ann Leo, Assistant United States Attorney, for the Southern District of Texas,

requests that the Court dismiss Count Three of the Criminal Indictment filed against the

defendant, Stephen P. Lynch, pursuant to the plea agreement.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By:   _Kimberly Ann Leo_ .
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465