United States District Court
Southern District of Texas
**ENTERED**
September 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. H-17-431 |
| STEPHEN P. LYNCH | | |

## ORDER

The Government's Motion to Dismiss Count Three is GRANTED.

SIGNED at Houston, Texas, on _Sept. 12, 2018_.

Nancy F. Atlas
United States District Judge