DATE: September 12, 2018

TO:THE FINANCIAL SECTION

CRIMINAL NO: H-17-CR-431-1

### NOTICE OF SPECIAL ASSESSMENT

Please note that Judge Nancy F. Atlas has ordered the payment of a special assessment in the total amount of $ 200.00 against Defendant, Stephen P. Lynch

This notice serves as the authority to accept the payment of the special assessment pending the entry of the final judgment.


       Shelia Ashabranner
        Case Manager

The defendant (or counsel for the defendant, if the defendant is unable to do so, may pay on the defendant's behalf) is directed to take this form immediately following sentencing, to the Financial Section of the United States District Clerk's Office, 5th Floor, for the purpose of paying this assessment.